208

Frank W. Macey
vs.
American Woolen Co.
} No.40076

DECISION

July 5, 1918

BROWN, J. The jury was warranted in returning a verdict for the plaintiff. (Verdict for $500.)

The damages do not appear to be so grossly excessive as to warrant disturbance of the verdict.

A new trial is denied.

For Plaintiff: Waterman & Greenlaw.

For Defendant: Comstock & Canning.

See Rescript — same date — Law 40075.

209

Joseph J. Cardillo
vs.
Rhode Island Co.
} No.36324

July 5, 1918

BLODGETT, J. Hearing upon a motion for new trial, after verdict of the jury for the defendant November 1, 1917.

In this case the plaintiff claimed to have been sitting in the center of a closed car and that the car stopped suddenly between Shepard and Barton streets in Providence, and that he was injured in his chest. A number of witnesses testified in the case and, from the testimony, apparently the plaintiff was the only one who suffered any injury, and it seems inconceivable from his own testimony that he could have been injured in the way he claimed to be.

Motion for new trial denied.

For Plaintiff: Cushing, Carroll & McCartin, and George F. Troy.

For Defendant: Clifford Whipple and Frederick W. O'Connel.